FILED

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Telephone: (415) 436-6917
7     Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )  No. 3-05-70741 JCS
                                    )
14 |     Plaintiff,                 )  [PROPOSED] ORDER AND STIPULATION
                                    )  WAIVING A DETENTION HEARING
15 | v.                             )  WITHOUT PREJUDICE, WAIVING TIME
                                    )  UNDER RULE 5.1 AND EXCLUDING
16 | TARNISHIA PAUL,                )  TIME FROM SEPTEMBER 15, 2005 TO
                                    )  SEPTEMBER 29, 2005 FROM THE
17 |     Defendant.                 )  SPEEDY TRIAL ACT CALCULATION
                                    )  (18 U.S.C. § 3161(h)(8)(A))
18

19     The parties discussed various pre-trial matters via telephone on September 15, 2005. With
20 the agreement of the parties, and with the consent of the Defendant, the Court enters this order
21 (1) vacating the September 22, 2005 hearing date and scheduling a new preliminary
22 hearing/arraignment date of September 29, 2005 at 9:30 a.m., before the Honorable Joseph C.
23 Spero; (2) documenting the Defendant's waiver of time limits under Federal Rule of Criminal
24 Procedure 5.1; (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.
25 § 3161(h)(8)(A), from September 15, 2005 to September 29, 2005; and (4) documenting the
26 Defendant's waiver, without prejudice, of her right to a detention hearing.  The parties agreed,
27 and the Court hereby holds, as follows:
28     1. The Defendant waives the time limits for a preliminary hearing under Federal Rule of

STIP. & [PROPOSED] ORDER
C 3-05-70741 JCS

Criminal Procedure 5.1. The government has not yet been able to produce discovery, and the parties are currently discussing a disposition of this case that may involve cooperation and/or agreement by the government not to proceed on certain possible charges. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the currently-scheduled preliminary hearing date of September 22, 2005.

3. The Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Defendant continuity of counsel.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 15, 2005 to September 29, 2005, outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from September 15, 2005 to September 29, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6. The Defendant also waives her right to a detention hearing, without prejudice.

7. The Court hereby vacates the September 22, 2005 preliminary hearing/detention hearing date and schedules a new preliminary hearing/arraignment date of September 29, 2005, at 9:30 a.m., before the Honorable Joseph C. Spero.

IT IS SO STIPULATED.

DATED: _____9/16/05_____                     _____/s/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney

| | |
|---|---|
| DATED: _____9/19/05_____ | _____/s/_____<br>RONALD C. TYLER<br>Attorney for TARNISHIA PAUL |
| IT IS SO ORDERED.<br><br>DATED: ___9/20/05___ | _____<br>HON. JOSEPH C. SPERO<br>United States Magistrate Judge |

STIPULATION AND ORDER
3-05-70741 JCS                               3